CARL M. FALLER  SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
Tel:  559-226-1534
Fax:  559-412-4746
carl.faller@fallerdefense,com


Attorney for Defendant
JUAN JOSE ALVAREZ-ARROYO


**IN THE UNITED STATED DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>         vs.<br><br>JUAN JOSE ALVAREZ-ARROYO,<br><br>                Defendant. | Case No.:  1:13-CR-104 LJO SKO<br><br>STIPULATION TO CONTINUE<br>DATE FOR SENTENCING |

It is hereby stipulated by and between the parties hereto, through their attorneys of record as follows:

The sentencing hearing is currently set in this matter for July 29, 2013, at 8:30 am.  It is respectfully requested that the sentencing hearing be continued until August 26, 2013 at 8:30 am, for the following reasons:

 In this matter, the defendant elected not to accept the government's fast track offer and to plead guilty without the benefit of a plea agreement.

The recommendation contained in the Presentence report is for a sentence of 46 months, which is in excess of the government's fast track offer.  That recommendation was not unexpected, but defense counsel has been gathering information and documentation concerning potential matters in mitigation of the defendant's sentence to present to the court as part of a comprehensive sentencing memorandum to present to the court prior to sentencing.  Counsel has not yet completed the sentencing memorandum and is still endeavoring to gather documentation

of concerning the defendant's background that would be helpful to the court in determining the appropriate sentence.  Counsel will be absent from the district between August 3 and 12, 2013, and it is for this reason that a continuance of this length is being requested.  Counsel is confident that no further continuance will be necessary and the sentencing will proceed on that date.

 Therefore, it is respectfully requested that the defendant's sentencing hearing that is currently set for July 29, 2013 at 8:30 am, be continued until August 26, 2013, at 8:30 am.

Dated:  July 23, 2013

            /s/  Carl M. Faller_____
            CARL M. FALLER
            Attorney for Defendant
            JUAN JOSE ALVAREZ-ARROYO

            BENJAMIN B. WAGNER
            United States Attorney

          By:  /s/ Mia A. Giacomazzi_____
            MIA A. GIACOMAZZI
            Assistant U.S. Attorney

 ORDER:

Based upon the stipulation of the parties and good cause appearing, it is hereby ORDERED that the defendant's sentencing hearing currently set for July 29, 2013 at 8:30 am, be continued to August 26, 2013 at 8:30 am.
.

IT IS SO ORDERED.

 Dated:   **July 24, 2013**         **/s/ Lawrence J. O'Neill**
            UNITED STATES DISTRICT JUDGE